**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. No. CR 05 66S** |
| **v.** | : | **In violation Of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 922(g)(1)** |
| **RONALD N. CHARRON, JR. a/k/a Richard Robert Charron** | : | |

**INFORMATION**

The United States Attorney charges that:

COUNT I

On or about October 29, 2004, in the District of Rhode Island, the defendant, RONALD N. CHARRON, JR., a/k/a Richard Robert Charron, did knowingly and intentionally possess with intent to distribute five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT II

On or about October 29, 2004, in the District of Rhode Island, the defendant, RONALD N. CHARRON, JR., a/k/a Richard Robert Charron, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about October 29, 2004, in the District of Rhode Island, the defendant, RONALD N. CHARRON, JR., a/k/a Richard Robert Charron, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Bersa .380 caliber, semi-automatic pistol, model 383, serial number 235575, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Date: May 31, 2005