**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-66S** **DATE: June 16, 2005**

**TITLE: USA v. Ronald N. Charron, Jr.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Peter Neronha, AUSA
Mark Smith, Esq.
Charlene Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Waiver of Indictment.
Court informs Deft of rights.
Deft understands rights and waiver.
Court accepts waiver.
Plea of Not Guilty entered.
Deft remanded to custody.