AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Ronald N. Chanon Jr

APPEARANCE

CASE NUMBER: CR 05-66 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ronald Chanon

I certify that I am admitted to practice in this court.

6/16/05
*Date*

[signature]
*Signature*

Mark V. Smith 696
*Print Name* *Bar Number*

~~1271~~ 176 Eddie Dowling Highway
*Address*

North Smithfield R.I. 02896
*City* *State* *Zip Code*

769-4120 765-6930
*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.