AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RONALD N. CHARRON, JR.,
a/k/a Richard Robert Charron

WAIVER OF INDICTMENT

CASE NUMBER: CR 05 66S

I, Ronald N. Charron, Jr., the above named defendant, who is accused of

I. Possession with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(iii);

II. Possession of cocaine with intent to distribute a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C); and

III. Possession of a firearm in or affecting commerce, having been previously convicted of a crime punishable by a term of imprisonment in excess of one year, in violation of Title 18, United States Code, Section 922(g)(1).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/16/05 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant* RONALD N. CHARRON, JR.

*Counsel for Defendant* MARK L. SMITH, ESQ.

Before
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.