**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No.: 05-66S |
| | : | |
| RONALD N. CHARRON, JR. | : | |
| a/k/a Richard Robert Charron | : | |

**MOTION TO EXTEND CHANGE OF PLEA HEARING**

Now comes the Defendant, by and through his attorney, and hereby moves to extend the change of plea hearing from July 15th, 2005, to a date that is more convenient for all parties. The reasons for such request are contained in a memo which is incorporated herein by reference.

Defendant,
By his Attorney,

[signature]

Mark L. Smith, Esquire (#0676)
176 Eddie Dowling Highway
North Smithfield, RI 02896
Telephone: (401) 769-4120
Facsimile: (401) 765-6930

NOTICE TO: Peter F. Neronha
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a copy of the above-entitled motion was sent by first class mail, postage prepaid, to the above-named counsel of record on July 1, 2005.

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No.: 05-66S |
| | : | |
| RONALD N. CHARRON, JR. | : | |
| a/k/a Richard Robert Charron | : | |

**MEMORANDA OF LAW**

The Defendant is scheduled for a change of plea hearing on July 15th, 2005.

On June 28th, 2005, counsel for the Defendant met with the Defendant at the Wyatt Detention Center and was informed that, presently, the Defendant is being treated by a physician assigned to the Federal Detention Center. At the present time the Defendant is unaware of the medication that is currently being prescribed, unaware of the dosage he is receiving, and unaware as to what effect it may have upon the Defendant's ability to understand the nature and charges against him.

That being said counsel for the Defendant is of the opinion that on June 28th, 2005, while meeting with the Defendant at the Federal Detention Center the Defendant understood the nature of the proceedings and the consequences of his plea. However, in order to comply with the Certificate of Defendant's Medication, and out of an abundance of caution, the Defendant requests a reasonable extension of the change of plea hearing to comply with this Court's request.

Respectfully submitted,

[signature]

Mark L. Smith, Esquire (#0676)
176 Eddie Dowling Highway
North Smithfield, RI 02896
Telephone: (401) 769-4120
Facsimile: (401) 765-6930

NOTICE TO: Peter F. Neronha
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a copy of the above-entitled memoranda of law was sent by first class mail, postage prepaid, to the above-named counsel of record on July 1, 2005.