**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-66S** **July 15, 2005**

**TITLE: USA V. RONALD N. CHARRON, JR.**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 3:23 p.m. - 3:50 p.m.**

---

**COUNSEL PRESENT:** **Government - Steven Dambruch, AUSA**
**Defendant - Mark L. Smith, Esquire**
**Probation - Kathy Collins**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Attorney Smith withdraws his Motion to Continue Change of Plea Hearing; Motion withdrawn; Government sets forth the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Court continues the matter until Thursday, July 28, 2005 @10:30 a.m. Defendant to remain in custody.**