**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-66S** **August 11, 2005**

**TITLE: USA V. RONALD N. CHARRON, JR.**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:45 a.m. - 10:11 a.m.**

---

**COUNSEL PRESENT:** **Government - Peter Neronha, AUSA**
**Defendant - Mark L. Smith, Esquire**
**Probation - Dennis Jenkins**

**<u>RE: Continuation Change of Plea Hearing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; Court continues questioning the defendant; Government sets forth the facts and the elements of the case and what they could prove if this matter were to go to trial; Defendant agrees to the facts and the elements of this case; Defendant pleas guilty to Counts I, II, and III; Defendant finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Thursday, October 27, 2005 at 9:30 a.m.; Defendant to remain in custody.**