**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR-05-66S** |
| **RONALD N. CHARRON, JR. a/k/a Richard Robert Charron** | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, hereby moves the Court to grant the defendant a three level decrease in offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Dated: August 22, 2005

Certificate of Service

I hereby certify that on the 22ND day of August, 2005, a copy of the within "Government's Motion To Grant Defendant A Three Level Decrease For Acceptance Of Responsibility" was delivered by hand to Mark L. Smith, Esq., 176 Eddie Dowling Highway, North Smithfield, RI 02896.