**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-66-S |
| | ) | |
| RONALD N. CHARRON, JR. | ) | |

**UNITED STATES'**
**NOTICE OF APPEAL**

The United States of America hereby appeals the sentence imposed by this Court on November 4, 2005, reflected in a judgment that was entered on the docket on November 14, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 2nd day of December, 2005, a copy of the foregoing Notice of Appeal was sent via first class mail, postage prepaid to:

Mark L. Smith, Esq.
Park Square Place
176 Eddie Dowling Hwy., Suite 202
North Smithfield, Rhode Island 02896