# United States Court of Appeals
## For the First Circuit

No. 05-2821

UNITED STATES,

Appellant,

v.

RONALD N. CHARRON, JR.,

Defendant, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: April 4, 2006

The parties' joint request for remand is granted. The conviction is affirmed, the sentence is vacated, and the case is remanded for resentencing in conformity with this court's decision in United States v. Pho, 433 F.3d 53 (1st Cir. 2006).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:________________________

Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 4/4/6

[Certified Copies: Honorable William E. Smith, David DiMazzio, Clerk, USDC of Rhode Island]

[cc: Donald Lockhart, AUSA, Peter Neronha, AUSA, Mark Smith, Esq.]