MANDATE

# United States Court of Appeals
## For the First Circuit

05-00066
USDC/RI
Judge Smith

No. 05-2821

UNITED STATES,

Appellant,

v.

RONALD N. CHARRON, JR.,

Defendant, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: April 4, 2006

The parties' joint request for remand is granted. The conviction is affirmed, the sentence is vacated, and the case is remanded for resentencing in conformity with this court's decision in United States v. Pho, 433 F.3d 53 (1st Cir. 2006).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

______________________
Deputy Clerk

Date: 4/25/06

[Certified Copies: Honorable William E. Smith, David DiMazzio, Clerk, USDC of Rhode Island]

[cc: Donald Lockhart, AUSA, Peter Neronha, AUSA, Mark Smith, Esq.]