# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. Cr. No. 05-66S***

*To:* ***Warden***
***Federal Correctional Institution***
***Allenwood, PA 17887***
***AND/OR THE UNITED STATES MARSHAL, DISTRICT OF RHODE ISLAND***

YOU ARE HEREBY COMMANDED, **to have the body of RONALD N. CHARRON, JR., by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 11:00 o'clock a.m., on the 2nd day of June, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.**

**WITNESS the Honorable William E. Smith**

**United States District Judge at Providence, RI**
**Dated: May 8, 2006.**

**Resentencing**

**By** [signature]
WILLIAM E. SMITH
U.S. District Judge

Date: 5/9/06